UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )     CRIMINAL NO. 04-30004-MAP
                                  )
Roosevelt Archie,                 )
   A.K.A. Archie Roosevelt        )
   A.K.A. "Mike"

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant,
pursuant to 18 U.S.C. Section 3142(e) and (f).

    1.  Eligibility of Case.  This case is eligible for a
detention order because it involves (check all that apply):

        ✓    Crime of violence (18 U.S.C. Section 3156)

        ____ Maximum sentence life imprisonment or death

        ✓    10 plus years drug offense

        ✓    Felony, with two prior convictions in above

        categories

        ✓    Serious risk defendant will flee

        ✓    Serious risk of obstruction of justice

    2.  Reason for Detention.  The court should detain defendant
because there are no conditions of release which will reasonably
assure (check one or both):

        ✓    Defendant's appearance as required

        ✓    Safety of any other person and the community

    3.  Rebuttable Presumption.  The United States (will) will
not) invoke the rebuttable presumption against defendant under
Section 3142(e).  (If yes) The presumption applies because (check
one or both):

_____✓_____ Probable cause to believe defendant committed 10

plus year drug offense or firearms offense, 18 U.S.C. Section

924(c)

_____ Previous conviction for "eligible" offense

committed while on pretrial bond

4.  Time for Detention Hearing.  The United States requests

the court conduct the detention hearing,

_____ At first appearance

_____✓_____ After continuance of __3__ days (not more than 3)

5.  Witnesses.  The United States intends to call the

following witnesses:

Massachusetts State Trooper Steven Griffin

The amount of time for direct examination of these witnesses

is estimated to be:  one-half hour.

6.  Other Matters.

_____

_____

_____

DATED this _26_ day of _February_ , 20_04_.

_James R. Goodhind_
Assistant United States Attorney

2