UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-30004-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| v.        ) | |
| ) | |
| Roosevelt Archie,       ) | |
| Defendant.    ) | |

## INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and James R. Goodhines, Special Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant Roosevelt Archie to increase the punishment that may be imposed by this Court upon defendant Roosevelt Archie'S convictions for the drug offenses alleged in Count Two of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Roosevelt Archie are the following:
1)   a felony conviction of guilty for Possession of a Class B Controlled Substance, Cocaine, with Intent to Distribute; Docket Number 9823CR0139, entered on March 24, 1998, in Springfield

District Court, Springfield, Massachusetts;

2) a felony conviction of guilty for Possession of a Class B Controlled Substance, Cocaine, with Intent to Distribute; Docket Number 9723CR4290, entered on March 24, 1998, in Springfield District Court, Springfield, Massachusetts;

3) a felony conviction of guilty for Possession of a Class B Controlled Substance, Cocaine, with Intent to Distribute; Docket Number 9723CR1400, entered on March 24, 1998, in Springfield District Court, Springfield, Massachusetts.

Certified copies of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 26th day of April, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

## CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              April 26, 2004

    I, James R. Goodhines, Special Assistant United States Attorney, do hereby certify that I have served a copy of the foregoing by mail to:

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

                                                  /s/ James R. Goodhines
                                                JAMES R. GOODHINES
                                                Special Asst United States Attorney