UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30004-MAP |
| Plaintiff, ) | |
| vs. ) | |
| ROOSEVELT ARCHIE, ) | |
| Defendant. ) | |

GOVERNMENT'S NOTICE OF INTENT TO SEEK ENHANCED PENALTY

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and James R. Goodhines, Special Assistant United States Attorney, hereby give notice to defendant ROOSEVELT ARCHIE that if convicted of the conduct charged in Count One of the Indictment in the above-captioned case, the Government intends to seek penalty enhancement pursuant to 18 U.S.C. § 924(e)(1).

The felony offenses upon which Government will rely include the following:

| Date | Offense | Court Number |
|---|---|---|
| 03/24/98 | Possession to Dist B | 9823CR00139 |
| 03/24/98 | Possession to Dist B | 9723CR04290 |
| 03/24/98 | Possession to Dist B Violation School Zone | 9723CR01400 |

Respectfully submitted,

MICHAEL P. SULLIVAN
United States Attorney

By: /s/ James R. Goodhines
JAMES R. GOODHINES
Special Assistant U.S. Attorney

Dated: April 26, 2004

## CERTIFICATE OF SERVICE

Hampden, ss.  Springfield, Massachusetts
April 26, 2004

    I, James R. Goodhines, Special Assistant United States Attorney, do hereby certify that I have served a copy of the foregoing by mail to:

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

                                  _/s/ James R. Goodhines_
                                  JAMES R. GOODHINES
                                  Special Assistant U.S. Attorney