UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-30004-MAP |
| ) | |
| ROOSEVELT ARCHIE, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
April 21, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference on April 20, 2004.

1. An interim status conference will be held on May 27, 2004, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, May 25, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge