UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.              )<br>)<br>)<br>ROOSEVELT ARCHIE,           )<br>            Defendant    ) | Criminal Action No. 04-30004-MAP |

INTERIM STATUS REPORT
April 21, 2004

NEIMAN, U.S.M.J.

The court held an interim Status Conference on April 20, 2004, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The parties – and the court – have agreed and determined that as of May 27, 2004, no time will have run on the Speedy Trial Clock. A separate order shall issue.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge