UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 04-30004-MAP
)
ROOSEVELT ARCHIE )

## MOTION TO MODIFY CONDITIONS OF BOND

Now comes the defendant in the above entitled matter, by and through counsel, and requests this Honorable Court modify his conditions of bond by allowing him to travel to Hartford, Connecticut on Saturday, May 1, 2004 to accompany a close acquaintance to a medical appointment leaving at 9:00 a.m. and returning at 4:00 p.m. on the same day.

Counsel for the defendant has attempted to confer with the Assistant United States Attorney James Goodhind, Esq, but has been unable to reach him.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, James Goodhind, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 29th day of April, 2004.

Vincent A. Bongiorni