UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                          )
                          )
        v.                )        Criminal No. 04-30004-MAP
                          )
                          )
ROOSEVELT ARCHIE,         )
        Defendant.        )

PARTIES' JOINT MEMORANDUM
PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United

States Attorney for the District of Massachusetts, and counsel

for the defense, hereby file their joint memorandum pursuant to

Local Rule 116.5(A):

1.    Relief should not be granted from the otherwise

applicable timing requirements imposed by L.R. 116.3.  The

government has provided automatic discovery.

2.    The defendant has not sought discovery concerning

expert witnesses under Fed. R. Crim. P. 16(a)(1)(E).

3.    Both the government and the defense agree to confer

with respect to discovery issues should either side receive

additional information, documents, or reports of examinations or

tests.

4.    The government does not know if the defense intends to

file motions.  The parties should confer at the upcoming status

conference on whether it is appropriate to establish a motion

schedule under Fed. R. Crim. P. 12(c) at this time.



5.   The defense and the government agree that all of the time from arraignment until the date of the filing of the defendant's motions or the next status conference should be excluded under the Speedy Trial Act.

6.   It is not clear whether a trial will be necessary.

7.   A final status conference should not be scheduled.

8.   ~~The Court and the parties must discuss an Interstate Agreement on Detainers issue.~~ JKC

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

by:   _James R. Goodhines_
JAMES R. GOODHINES
Special Asst. U.S. Attorney

_Vincent Bongiorni_
VINCENT BONGIORNI, Esq.
Counsel for Defendant

Date:      April 20, 2004

2