UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>ROOSEVELT ARCHIE, )<br>      Defendant ) | Criminal No. 04-30004-MAP |

INTERIM SCHEDULING ORDER
May 28, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference on May 27, 2004:

1. Defendant shall file any remaining discovery motions by June 14, 2004, to which the Government shall respond by June 28, 2004.

2. A final status conference will be held on July 13, 2004, at 2:30 p.m. in Courtroom III.

3. On or before the close of business, July 9, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge