UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30004-MAP |
| | ) | |
| | ) | |
| ROOSEVELT ARCHIE, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
May 28, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference on May 27, 2004, pursuant to Local Rule 116.5.  In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1.    The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2.    The parties -- and the court -- have agreed and determined that as of today no time has run on the Speedy Trial Clock.  A separate order shall issue.

3.    There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge