UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 04-30004-MAP
)
)
v. )
)
ROOSEVELT ARCHIE, )
    Defendant. )

### GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from February 26, 2004 through June 13, 2004 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the May 27, 2004 Status Conference the defendant further time to review discovery and to file motions. The Court continued the case until July 13, 2004 for Final Status Conference. The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant consents to this motion.

Therefore, the government moves that the Court exclude the time between February 26, 2004 and July 13, 2004 from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: *James R. Goodhines*
>JAMES R. GOODHINES
>Special Asst. U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          July 13, 2004


    I, JAMES R. GOODHINES, Special Asst United States Attorney, do hereby certify that I have served a copy of the foregoing by mail to:

Vincent Bongiorni
95 State Street
Springfield, MA 01103

*James R. Goodhines*
JAMES R. GOODHINES
Special Asst. U.S. Attorney

2