UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-CR-30004-MAP |
| vs. | ) |
| ROOSEVELT ARCHIE, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO RECONSIDER THE ALLOWANCE OF THE DEFENDANT'S MOTION TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANT

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and James R. Goodhines, Special Assistant United States Attorney, hereby requests that this court reconsider the allowance of the defendant's motion for disclosure of confidential informant. The government requests that the court accept the late filing of the government's opposition to the defendant's motion, which was filed after the fourteen day time frame as established by Local Rule 116.3, and that the failure to file in a timely fashion was due to oversite. The government notes that defense counsel was previously aware that the government opposed the disclosure, and that the defendant is not prejudiced by such late filing.

IV. Conclusion

WHEREFORE, for the foregoing reasons, the government respectfully requests that the defendant's Motion for disclosure

1

of Identity of Confidential Informant be reconsidered and be DENIED.

Filed this 13th day of July, 2004.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> _____
> JAMES R. GOODHINES
> Special Asst United States Attorney

2

## CERTIFICATE OF SERVICE

Hampden, ss.                                            Springfield, Massachusetts
                                                        July 13, 2004

    I, JAMES R. GOODHINES, Special Asst United States Attorney, do hereby certify that I have served a copy of the foregoing by mail to:

Vincent Bongiorni
95 State Street
Springfield, MA 01103

*[signature]*
JAMES R. GOODHINES
Special Asst United States Attorney

3