UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
                          )
    v.                    )   Criminal No. 04-30004-MAP
                          )
                          )
ROOSEVELT ARCHIE,         )
        Defendant         )

INTERIM SCHEDULING ORDER
July 14, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference on July 13, 2004:

1. Defendant shall file all remaining discovery motions by July 29, 2004, to which the Government shall respond by August 13, 2004.

2. A final status conference will be held on August 24, 2004, at 2:00 p.m. in Courtroom III, at which time the court will address any outstanding discovery motion.

3. On or before the close of business, August 20, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN

                                              U.S. Magistrate Judge