UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.        )<br>)<br>)<br>ROOSEVELT ARCHIE,   )<br>    Defendant  ) | Criminal No. 04-30004-MAP |

INTERIM STATUS REPORT
July 14, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference on July 13, 2004, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for August 24, 2004.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge