UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30004-MAP |
| ) | |
| ROOSEVELT ARCHIE, ) | |
| Defendant ) | |

FURTHER SCHEDULING ORDER
September 2, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Final Status Conference yesterday:

1. The Government shall file its supplement to its response to Defendant's Motion for Discovery by September 17, 2004. Defendant may file a motion to compel by September 24, 2004, to which the Government shall respond by October 1, 2004.

2. The final status conference is continued to October 14, 2004, at 11:00 a.m. in Courtroom III, at which time the court will address any outstanding discovery motion.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge