```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-30004-MAP
                              )
ROOSEVELT ARCHIE,             )
    Defendant.                )
                              )
```

**MOTION TO ENLARGE TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant, through his counsel, Vincent Bongiorni, respectfully request this Court to enlarge the time for filing of the government's response to Defendant's request for discovery from September 17, 2004 to September 27, 2004.

In support of this motion, the government states the following:

1.  The undersigned Assistant U.S. Attorney assumed responsibility for this case, from Special Assistant U.S. Attorney James Goodhines, on September 10, 2004.

2. The undersigned Assistant U.S. Attorney's competing caseload has prevented the government's response by September 17, 2004, as the government needs more time to review the above captioned case, meet with the case agent, and respond to the Defendant's discovery motion.

The Defendant, through his attorney, consents to this motion requesting additional time. This request does not cause undue delay, and is in the interests of justice.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                  By:  s/ Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney