UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>ROOSEVELT ARCHIE, )<br>      Defendant )  | Criminal No. 04-30004-MAP |

REVISED SCHEDULING ORDER
September 17, 2004

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the Government's Asserted-to Motion for Extension of Time (Document No. 32) and establishes the following schedule.

1. The Government shall file its supplement to its response to Defendant's Motion for Discovery by September 27, 2004. Defendant may file a motion to compel by October 4, 2004, to which the Government shall respond by October 11, 2004.

2. The final status conference is continued to October 14, 2004, at 11:00 a.m. in Courtroom III, at which time the court will address any outstanding discovery motion.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                              /s/   Kenneth P. Neiman
                                              KENNETH P. NEIMAN

                                          U.S. Magistrate Judge