UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30004-MAP |
| ) | |
| ROOSEVELT ARCHIE, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
October 21, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference yesterday:

1. Defendant, if he wishes, shall file his motion to compel by October 29, 2004, to which the Government shall respond by November 5, 2004.

2. A final status conference will be held on November 17, 2004, at 4:00 p.m. in Courtroom III, at which time the court will address any outstanding motion.

3. On or before the close of business, November 15, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge