UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) NO. 04-30004-MAP
)
ROOSEVELT ARCHIE )
)

## MOTION TO ENLARGE TIME FOR FILING MOTION TO COMPEL

Now comes the defendant, through counsel, and moves this Honorable Court for an extension of time to file his Motion to Compel from the date set of October 29, 2004; and asserts as his basis, therefore, counsel's trial and briefing schedule has prevented him from filing this motion in a timely fashion. Counsel also requests the final conference set for November 17, 2004 be continued for three weeks.

Counsel for the defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this ___ day of November, 2004.

_____
Vincent A. Bongiorni