

# M E M O R A N D U M

| | |
|---|---|
| To: | Honorable Kenneth P. Neiman, U.S. Magistrate Judge |
| From: | Irma Zingarelli U.S. Pretrial Services Officer |
| RE: | ARCHIE, Roosevelt CR.#: 03-30004-01 |
| Date: | November 22, 2004 |

On February 26, 2004, the defendant appeared before Your Honor, after being named in an Indictment charging him with Possession of a Firearm by a Convicted Felon, Possession with Intent to Distribute Cocaine Base, Possession of a Firearm in the Furtherance of a Drug Trafficking Crime, and Aiding and Abetting in violation of Title 18 U.S.C. Sections 2 and 922(g)(1) and Title 21, U.S.C., Section 841(g)(1). Your Honor ordered the defendant temporarily detained. On March 1, 2004, the defendant appeared before the Court for a detention hearing, at which time Your Honor took the matter under advisement.

On March 4, 2004, Your Honor issued an order releasing the defendant with the following conditions:

1. $50,000.00 Unsecured bond
2. Defendant's brother, Dwayne Early, grandmother, Gloria Early, and father Roosevelt Archie shall jointly execute a $50,000 bond to be secured by $25,000 cash. The bond shall secure not only the defendant's appearance but also his compliance with all conditions of release. A violation of release can result in forfeiture of the bond;
3. Defendant shall refrain from any use or unlawful possession of a firearm.
4. Defendant shall refrain from the use of drugs and shall periodically be tested for such use;
5. Defendant shall be placed on electronic monitoring and observe a curfew from 9:00 p.m. to 7:00 a.m. each day;
6. Defendant shall seek and maintain employment and provide Pretrial Services ongoing proof of such employment;

7. Defendant shall maintain his current residence and not travel outside of Hampden County.
8. The defendant shall be placed in the third party custody to defendant's brother Dwayne Early.
9. Report shall report to PTS two times a week as directed.

Please be advised that a urine specimen submitted by the defendant on November 12, 2004, was sent out for testing and returned positive for Cocaine Metabolite. On November 22, 2004, this officer spoke to Mr. Archie regarding the positive result and he denies any drug use.

In light of the above, I am respectfully requesting that the defendant appear before Your Honor to show cause why his conditions of release should not be revoked.

cc:  Todd Newhouse, AUSA
     Vincent Bongiorni, Esq.

*11/23/04 - KPN*
*I concur. -*

SCIENTIFIC TESTING LABORATORIES, INC.
450 Southlake Blvd., Richmond, VA 23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*

Account #: 01010003S

US COURTS MA - PRETRIAL SPRINGFIELD
ATTN: JUDITH A. OXFORD
1 COURTHOUSE WAY, STE. 1300
BOSTON, MA 02210

**RESULTS OF CONTROLLED SUBSTANCE TEST - URINE**

| | | | |
|---|---|---|---|
| Donor Name: | ARCHIE | Specimen Drug Status: | POSITIVE |
| PACTS #: | 015504 | | |
| Specimen ID: | C0063273 8 Onsite Test ID: NONE GIVEN | Date Collected: | 11/12/2004 |
| Reason for Test: | URINE SURVEILLANCE | Date Received: | 11/16/2004 |
| Collector Name: | GLADDEN, TOLAND | Date Reported: | 11/18/2004 |
| Officer Initials: | TKG | | |

```
                    Screen      Confirmation
Class or Analyte    Result      Cut-Off         Cut-Off
------------------------------------------------------------
AMPHETAMINES        NEGATIVE    1000 ng/mL
CANNABINOIDS        NEGATIVE    50 ng/mL
COCAINE                         300 ng/mL
BENZOYLECGONINE*    POSITIVE    150 ng/mL
OPIATES             NEGATIVE    300 ng/mL
PHENCYCLIDINE       NEGATIVE    25 ng/mL

Validity Test       Result      Normal Range
------------------------------------------------------------
CREATININE          NORMAL      >15 mg/dL
SPECIFIC GRAVITY    NORMAL      1.004-1.044
pH                  NORMAL      4.00-9.99
```

CONFIRMED POSITIVE BY GC/MS FOR BENZOYLECGONINE (COCAINE METABOLITE).

*Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Scientific Testing Laboratories, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: STEVE KALATA                                           Page 1 of 1