

# MEMORANDUM

| | |
|---|---|
| To: | Honorable Kenneth P. Neiman, U.S. Magistrate Judge |
| From: | Irma Zingarelli, U.S. Pretrial Services Officer |
| RE: | ARCHIE, Roosevelt<br>CR.#: 03-30004-01 |
| Date: | December 7, 2004 |

On February 26, 2004, the defendant appeared before Your Honor, after being named in an Indictment charging him with Possession of a Firearm by a Convicted Felon, Possession with Intent to Distribute Cocaine Base, Possession of a Firearm in the Furtherance of a Drug Trafficking Crime, and Aiding and Abetting in violation of Title 18 U.S.C. Sections 2 and 922(g)(1) and Title 21, U.S.C., Section 841(g)(1). Your Honor ordered the defendant temporarily detained. On March 1, 2004, the defendant appeared before the Court for a detention hearing, at which time Your Honor took the matter under advisement.

On March 4, 2004, Your Honor issued an order releasing the defendant with the following conditions:

1. $50,000.00 Unsecured bond;
2. Defendant's brother, Dwayne Early, grandmother, Gloria Early, and father Roosevelt Archie shall jointly execute a $50,000 bond to be secured by $25,000 cash. The bond shall secure not only the defendant's appearance but also his compliance with all conditions of release. A violation of release can result in forfeiture of the bond;
3. Defendant shall refrain from any use or unlawful possession of a firearm;
4. Defendant shall refrain from the use of drugs and shall periodically be tested for such use;
5. Defendant shall be placed on electronic monitoring and observe a curfew from 9:00 p.m. to 7:00 a.m. each day;
6. Defendant shall seek and maintain employment and provide Pretrial Services ongoing proof of such employment;

7. Defendant shall maintain his current residence and not travel outside of Hampden County;
8. The defendant shall be placed in the third party custody to defendant's brother Dwayne Early; and
9. Defendant shall report to PTS two times a week as directed.

On November 23, 2004, the defendant appeared before the Court for a Bail Review Hearing at which time Your Honor requested that the defendant be tested with more frequency.

Please be advised that a urine specimen submitted by the defendant on November 24, 2004, has tested positive for Cocaine Metabolite. It should be noted that the Nanogram count for said urine specimen was 297. (The Nanogram count for the specimen submitted by Mr. Archie on November 12, 2004, was 244).

In light of the above, I am respectfully requesting that the defendant appear before Your Honor to show cause why his conditions of release should not be revoked.

cc:   Todd Newhouse, AUSA
      Vincent Bongiorni, Esq.