

# M E M O R A N D U M

| | |
|---|---|
| To: | Honorable Kenneth P. Neiman, U.S. Magistrate Judge |
| From: | Irma Zingarelli, U.S. Pretrial Services Officer |
| RE: | ARCHIE, Roosevelt<br>CR.#: 03-30004-01 |
| Date: | December 7, 2004 |

### Addendum to Memorandum submitted on December 7, 2004.

Please be advised that Mr. Archie reported to Pretrial Services on this date and provided a urine specimen which was tested on site and was positive for Cocaine. The specimen has been forwarded to Scientific Testing Laboratories. Mr. Archie did not want to discuss the positive result.

It should also be noted that on November 29, 2004, Mr. Archie submitted a urine specimen which was tested and was negative for illicit drugs.

cc:   Todd Newhouse, AUSA
      Vincent Bongiorni, Esq.