UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30004-MAP |
| | ) | |
| ROOSEVELT ARCHIE, | ) | |
| Defendant | ) | |

ORDER AND FINAL STATUS REPORT
December 8, 2004

NEIMAN, U.S.M.J.

The court held a final status conference December 7, 2004, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. Defendant shall file his motion to suppress by February 18, 2005, to which the Government shall reply by March 4, 2005. The parties estimate that a trial, if necessary, will take five days.

2. An initial pretrial conference has been scheduled for March 16, 2005, at 2:00 p.m. in Courtroom I.

3. All discovery has been completed.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of March 16, 2005, no time will have run on the Speedy Trial clock. A separate order shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge