UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CASE NO. 04-30004 -MAP

V.

ROOSEVELT ARCHIE

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for hearing on defendant's motion to reconsider detention on 12/23/04 at 10:00 A.M., before Kenneth P. Neiman, M.J., In Courtroom # 3 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT

12/22/04                                 By: /s/ John C. Stuckenbruck
Date                                          Deputy Clerk

Notice sent to:

All counsel of record via fax and electronically

(Notice of Hearing.wpd - 7/99)                           [kntchrgcnf.]
                                                          [ntchrgcnf.]