## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CASE NO.  04-30004  MAP**

**V.**

**ROOSEVELT ARCHIE**

### NOTICE OF HEARING

**PLEASE TAKE NOTICE that the above-entitled case has been   set  for a**

**STATUS CONFERENCE  on   5/18/05    at   2:00 P.M.        before Michael A.**

**Ponsor, U.S. D.J    In   Courtroom #   1   on the    5th       floor.**

**SARAH THORNTON**
**CLERK OF COURT**

**4/25/05**

**By: /s/ Elizabeth A. French**

_____
**Date**

**Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

**(Notice of Hearing.wpd - 7/99)**

**[kntchrgcnf.]**
**[ntchrgcnf.]**