UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 JUN 28 P 3: 15
U.S. DISTRICT C...
DISTRICT OF MA...

UNITED STATES OF AMERICA )
)
vs. )
) NO. 04-30004-MAP
ROOSEVELT ARCHIE )
)

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant in the above entitled matter and requests this Honorable Court continue the status conference presently scheduled for June 29, 2005 to July 11, 2005; and asserts as his reasons, therefore, counsel requires an additional period of time to communicate with his client completely the terms of plea offers by the government.

Counsel has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 28th day of June, 2005.

_____
Vincent A. Bongiorni