UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-cr-30004-MAP |
| ) | |
| **ROOSEVELT ARCHIE,** ) | |
|     **Defendant.** ) | |
| ) | |

## JOINT MOTION FOR A CONTINUANCE

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant, through his counsel Attorney Vincent Bongiorni, respectfully move for a brief continuance in the above-captioned matter. The case is currently scheduled for Defendant's change of plea on July 11, 2005. On July 8, 2005, Attorney Bongiorni proposed changes to the government's plea agreement. This recent development necessitates a meeting between the Defendant and his counsel and the government. The parties will schedule this meeting for the week of July 11, 2005. The parties respectfully request this Court to continue the matter until July 18, 2005.

    The Defendant has waived his claim to the Speedy Trial Act for any time granted due to this continuance.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                  By:   /s/ Paul Hart Smyth
                          _____
                          Paul Hart Smyth

                                              Assistant U.S. Attorney

                                              <u>/s/ Vincent Bongiorni</u>
                                              Vincent Bongiorni
                                              Counsel for Defendant

Dated: July 9, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       July 6, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                          Paul Hart Smyth
                                          Assistant U.S. Attorney