UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 04-30004-MAP
                                )
ROOSEVELT ARCHIE,               )
    Defendant.                  )
                                )

        THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                              (Assented to)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161. In support of this motion, the government states that Counsel for Defendant, Attorney Vincent Bongiorni, requests further time to meet with the Defendant to discuss the Defendant's likely change of plea. The undersigned Assistant U.S. Attorney and Attorney Bongiorni have engaged in plea negotiations, and ON July 8, 2005, the Defendant proposed an amendment to the plea agreement. The parties request additional time to evaluate the proposed change to the plea agreement. The Defendant has assented to this motion to exclude the time from July 11, 2005, until the July 18, 2005.

   It is in the best interests of the Defendant, the government, and the public, to exclude the time from July 11, 2005 until July 18, 2005, from the period withing which the trial of this case must commence under the Speedy Trial Act.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

Dated: July 11, 2005
```

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       July 11, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                           S/ Paul Hart Smyth
                                           Paul Hart Smyth
                                           Assistant U.S. Attorney