UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          CR 04-30004-MAP

ROOSEVELT ARCHIE,
            Defendant

ORDER OF DISBURSEMENT

September 16, 2005

PONSOR, D.J.

It is hereby ordered that the Clerk disburse the amount of $25,000.00 posted as cash bail to Vincent Bongiorni, Esq., 95 State St., Suite 309, Springfield, MA 01103.  The defendant, Roosevelt Archie, has pled guilty and is being detained pending sentencing.

It is so ordered.

/s/Michael A. Ponsor
United States District Judge