UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

                                                                                    CASE NO.   04-30004 - MAP
                    V.
**ROOSEVELT ARCHIE**

NOTICE OF RESCHEDULING

PLEASE TAKE NOTICE that the above-entitled case has been RESET for sentencing hearing on February 21, 2006 at 2:00 PM before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

                                                                    SARAH THORNTON
                                                                    CLERK OF COURT

   11/3/05                                                          By: /s/ Elizabeth A. French
      Date                                                          Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                          [kntchrgcnf.]
                                                        [ntchrgcnf.]