

U.S. Department of Justice

FILED
IN CLERKS OFFICE

2006 MAR -6 P 1:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States Attorney
District of Massachusetts

Telephone: (617) 748-3100

Kristina E. Barclay, Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Asset Forfeiture Unit
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

March 6, 2006

Clerk's Office
United States District Court
District of Massachusetts-Springfield Office
1550 Main Street
Springfield, MA 01103

    Re:  <u>United States v. Roosevelt Archie</u>
         CR 04-30004-MAP

Dear Sir/Madam:

    Enclosed please find the United States Marshals Service Process Receipt and Return Forms in connection with the above-referenced criminal action.

    Thank you for bringing this matter to the attention of the Court.

                                Very truly yours,

                                Kristina E. Barclay
                                Assistant U.S. Attorney

KEB:jmd
Enclosures

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 04-30004-MAP |
| DEFENDANT | TYPE OF PROCESS |
| Roosevelt Archie | Preliminary Order of Forfeiture |

FILED IN CLERKS OFFICE
2006 MAR -6  P 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vincent Bongiorni, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

Bongiorni and Mastroianni
95 State Street
Springfield, MA 01103

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Preliminary Order of Forfeiture, upon the above-referenced individual by certified mail, return receipt requested.

JMD x3296

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: November 3, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| No. | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): 2/14/06

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:
See Atch Remarks

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

04CR30004-MAP

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>X<br>B. Received by (Printed Name)   C. Date of Delivery  2/17/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Vincent Bongiorni Esq.<br>Bongiorni & Mastroianni<br>95 State Street<br>Springfield, MA 01103<br><br>762081-05-0023 | Process, Receipt, Return<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | Boston |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE  SPRINGFIELD MA 01
17 FEB 2006 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bureau of ATF
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave., NW
Techworld, Suite 710
Washington, DC 20226

RECEIVED
FEB 2 4 2006
ASSET FORFEITURE
SEIZED PROPERTY B