

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 0390 0001 3309 9593
Status: Delivered

Your item was delivered at 12:20 pm on February 16, 2006 in LUDLOW, MA 01056. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Total Postage & Fees $

Sent To: Roosevelt Archie
Street, Apt. No.; or PO Box No. Hampden County House of Corrections, 629 Randall Rd
City, State, ZIP+4 Ludlow, MA 01056

Sent To: Bureau of ATF
Asset Forfeiture / Seized Property Branch
650 Massachusetts Ave., NW Suite 710
Washington, DC 20226

7005 0390 0001 3309 9593

PS Form 3800, June 2002

CERTIFIED MAIL

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Roosevelt Archie
Hampden County House of
Corrections
629 Randall Road
Ludlow, MA 01056

76208I-05-0023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Process Receipt, Return          Boston

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7005 0390 0001 3309 9593

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

*Returned*

TOTAL P.003