# The Republican.
*DAILY AND SUNDAY*

## AFFIDAVIT

I hereby certify that the advertisement as detailed below appeared in all editions of The Republican on Monday April 3, 2006 on page D5, on Monday April 10, 2006 on page D4, and on Monday, April 17, 2006 on page D5 all in the legal notice section. Ad concerned United States District Court District of Massachusetts ss. Notice of Order of Forfeiture - Roosevelt Archie $3,469.00

_____Laura Lasousa_____

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF HAMPDEN

On __April 18, 2006__, at Springfield, Massachusetts, __Laura Lasousa__ personally appeared before me, WHO MADE OATH THAT THE FOREGOING IS A TRUE AND CORRECT STATEMENT.

_____Elizabeth A. Cronin_____
NOTARY PUBLIC

ELIZABETH A. CRONIN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires April 13, 2012

Springfield, Massachusetts 01103