The Republican, Monday, April 3, 2006

BEST LOCAL JOBS masslive.com BEST LOCAL AUTOS

(Legal notices page — classified advertisements including Notice of Mortgagee's Sale of Real Estate by Wachovia Bank of Delaware/Park Way Mortgage re: Steven A. Bachar property at 129 Point Grove Road, Southwick, MA; Notice to Contractors Westover Metropolitan Development Corporation, Chicopee, MA (A.I.P. No. 3-25-0061-11-2006, Rehabilitate Hangar 11 Apron, Project Value: $325,000.00); Commonwealth of Massachusetts Employee Charitable Campaign (COMECC) public notice; Commonwealth of Massachusetts Land Court Department notices (Case No. 319347 to Kevin Jekot, Lisa Jekot re: Mortgage Electronic Registration Systems, Inc./Mansfield Airport Commission/Westover Metropolitan Development Corporation property at 392 Tinkham Road; Case No. 312425 to Laura M. Scanlan re: National City Mortgage Co. property at 20 Entrybrook Drive); United States District Court, District of Massachusetts Notice of Order of Forfeiture, Criminal No. 04-30004-MAP, United States of America, District of Massachusetts, Boston, October 19, 2005 — Preliminary Order of Forfeiture entered against interests of defendant Roosevelt Archie in property pursuant to Title 21, United States Code, Section 853: (a) $3,469.00 in U.S. Currency. Geneva Dumaway, Special Agent in Charge, Asset Forfeiture and Seized Property. (April 3, 10, 17))

TOTAL P.003