UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
            Plaintiff,        )
                              )
      v.                      )   CRIMINAL NO. 04-30004-MAP
                              )
ROOSEVELT ARCHIE,             )
            Defendant.        )
_____)

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Plaintiff, United States of America.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By: /s/Kristina E. Barclay
                                Kristina E. Barclay
                                Assistant U.S. Attorney
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
Dated: September 25, 2006      (617) 748-3100


CERTIFICATE OF SERVICE

    This is to certify that the foregoing Notice of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


                                     /s/Kristina E. Barclay
                                    Kristina E. Barclay
                                    Assistant United States Attorney