UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,   )<br>                           )<br>     v.                    )<br>                           )<br>ROOSEVELT ARCHIE           )<br>            Defendant.     )  | CRIMINAL NO. 04-30004-MAP |

### FINAL ORDER OF FORFEITURE

**PONSOR, D. J.**

WHEREAS, on or about February 19, 2004, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment charging defendant Roosevelt Archie (the "Defendant"), with Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1) (Count One); Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(g)(1) and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count Two); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c);

WHEREAS, the Indictment sought the forfeiture, pursuant to 21 U.S.C. § 853, of any and all property constituting or derived from, any proceeds the Defendant obtained directly or indirectly as a result of the offense alleged in Count Two of the Indictment, and (2) any of the Defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense, including, but not limited to: (1) $3,469.00 in U.S. Currency (the "Currency"), and

1

(2) a 1999 Gray Honda Accord with Massachusetts Registration 8880YG;

WHEREAS, on August 31, 2005, pursuant to a written plea agreement, the Defendant pled guilty to Counts One, Two and Three of the Indictment and agreed to the forfeiture of the Currency;

WHEREAS, on October 19, 2005, this Court issued a Preliminary Order of Forfeiture against the Defendant's interest in the Currency;

WHEREAS, on April 3, 2006, April 10, 2006, and April 17, 2006, a Notice of Order of Forfeiture was published in The Republican newspaper pursuant to 21 U.S.C. § 853(n); and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on May 17, 2006.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b).

2

3. All other parties, having any right, title, or interest in the Currency, are hereby held in default.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge

Date: Sept. 26, 2006