UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30004-MAP |
| | ) |
| ROOSEVELT ARCHIE | ) |

## MOTION TO CONTINUE SENTENCING

Now comes Roosevelt Archie, by and through counsel, and moves this Honorable Court for an order to continue the date presently set for Sentencing and asserts as his basis, therefore, the following;

Counsel for defendant is on trial in the matter of Commonwealth v. Miguel Gonzalez, Hampden County Superior Court, Docket No. 05-574, which is expected to last through Friday, January 19, 2007.

See attached Protective Order.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 18th day of January 2007.

/s/ Vincent A. Bongiorni