COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                    SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                                NO. 05-5741-4

COMMONWEALTH        )
                    )
vs.                 )
                    )
MIGUEL GONZALEZ     )

## MOTION FOR PROTECTIVE ORDER

Now comes the defendant, Miguel Gonzalez, pursuant to Mass. Rules Criminal Procedure and moves this Court for a Protective Order and asserts as his basis, therefore, the following:

Counsel for the defendant is currently scheduled to appear in the United States District Court in Springfield for Hearings on January 19, 2007 on the matters of United States v. R. Archie 04-cr-3004-MAP.

WHEREFORE, counsel for defendant moves to be protected on these dates or in the alternative be rescheduled to another date convenient to all parties

                                    THE DEFENDANT

                                    BY: /s/ Vincent A. Bongiorni
                                    Vincent A. Bongiorni, Esq.
                                    95 State Street, Suite 309
                                    Springfield, MA. 01103
                                    (413) 732-0222
                                    BBO #049040

### CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., hereby certify that I have served a copy of the foregoing to Assistant District Attorney, Matt Thomas, Superior Court, Hall of Justice, 50 State Street, Springfield, MA 01103 this 1st day of January 2007.

allowed
McDonald, J.
1-18-07

                                    /s/ Vincent A. Bongiorni
                                    Vincent A. Bongiorni

Filed 1-18-07

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                SUPERIOR COURT DEPARTMENT
                                            OF THE TRIAL COURT
                                            NO. 05-574 1-4

COMMONWEALTH        )
                    )
vs.                 )
                    )
MIGUEL GONZALEZ     )

### PROTECTIVE ORDER

    WHEREFORE, it is ORDERED, that Vincent A. Bongiorni be present to commence the Trial above referred to and that he remain present and engaged in the Hearings above referred to until completion, and that he be protected from complying with the Order of any other Court to be otherwise present.

    IT IS SO ORDERED.

*C. Brian McDonell*
Honorable Judge
Justice, Superior Court