```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 04-30004-MAP
                            )
ROOSEVELT ARCHIE,           )
     Defendant.             )
```

## THE GOVERNMENT'S MOTION TO WITHDRAW INFORMATION TO ESTABLISH PRIOR CONVICTION (D. 9)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through his undersigned Assistant United States Attorney, respectfully moves to withdraw its Notice of Prior Conviction [D. 9] pursuant to Title 21, United States Code, Section 851, filed on April 26, 2004.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Paul Hart Smyth
                         _____
                         Paul Hart Smyth
                         Assistant U.S. Attorney
```

Dated: January 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Paul Hart Smyth

Paul Hart Smyth
Assistant United States Attorney

Dated: January 26, 2007