```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30004-MAP |
| ) | |
| ROOSEVELT ARCHIE, ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO DISMISS COUNT THREE**
(Assented to)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, hereby files this motion to dismiss Count Three of the above-captioned Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. As grounds, the Government States that the undersigned Assistant U.S. Attorney misstated the potential minimum mandatory sentence required by Count Three during the Defendant's Rule 11 Hearing. The Government will file a memorandum in support of this motion, outlining both my error in the context of the plea colloquy, and the potential consequences that arose from the mistake.

Filed this 26th day of January, 2007.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                           By:  /s/ Paul Hart Smyth
                                  _____
                                  Paul Hart Smyth
                                  Assistant U.S. Attorney

Dated: January 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant United States Attorney