Date: 3.18.08

Hon. *Michael Ponsor*
c/o _____
Deputy Clerk
United States District Court

04 CR 30004-MAP

Dear *Miriam Conrad*

    I was sentenced by Judge *MR. Ponsor* on *1.26.04* based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is *Nov 4 2010*

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                      Sincerely,

Name: *MR. Roosevelt Archie*
Address: *Otisville, NY 10963 P.O. Box 1000*

Telephone: _____